AO 242 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

David Lucas, 180728
Plaintiff

V.

Judge Advocate General
Naval Criminal Investigative Service
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

MISC
CASE NUMBER: 07-265

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK

I, David Lucas  declare that I am the (check appropriate box)

☒ petitioner/plaintiff/~~movant/respondent~~   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  W.E. Donaldson C.F
   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)
      N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      3/94

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

   None

declare under penalty of perjury that the above information is true and correct.

25 April 2007
Date

David Lucas
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge          Date | United States Judge          Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __David Lucas__ v. __Judge Advocate General__

Civil Action No. _____

I, __David Lucas__ #__180728__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

07M5 265

**FILED**

JUN 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:07-mc-00265-JR   Document 2   Filed 06/14/2007   Page 4 of 8

## FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the

Figures set out below are the approximate average daily balances in the

Account of inmate _David L. Lucas_
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. _____ | $11.91 (one) |
| 2. _____ | _____ |
| 3. _____ | _____ |
| 4. _____COPY FOR COURT____ | _____ |
| 5. _____ATTACHED_____ | _____ |
| 6. _____ | _____ |

_Ebony Coleman, Account Clerk_
Authorized Officer of the Institution

_25 April 2007_
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND
OFFICIAL SEAL THIS _25th_ DAY OF _April_ _2007_.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _5/31/2008_

```
                        STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  W.E. DONALDSON CORR. FACILITY


    AIS #: 180728    NAME: LUCAS, DAVID L.              AS OF: 04/25/2007

                       # OF       AVG DAILY        MONTHLY
              MONTH    DAYS        BALANCE         DEPOSITS
    ----------------------------------------------------------------------

              APR       5          $16.36           $2.00
              MAY      31           $3.70           $0.00
              JUN      30           $1.32           $2.00
              JUL      31           $0.73          $10.00
              AUG      31           $0.89          $10.00
              SEP      30           $1.92           $0.00
              OCT      31           $0.28           $0.00
              NOV      30           $0.28           $0.00
              DEC      31          $10.32          $42.00
              JAN      31           $7.10           $0.00
              FEB      28           $0.56           $0.00
              MAR      31          $23.91          $62.17
              APR      25          $18.61           $0.00
```

COURT COPY

Received
Mail Room

JUN 4 - 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia