UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LUCAS,<br><br>　　Petitioner,<br><br>　　v.<br><br>JUDGE ADVOCATE GENERAL, NAVAL CRIMINAL INVESTIGATIVE SERVICES,<br><br>　　Respondents. | Misc. No.  07-0265 (JR) |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that petitioner's application to proceed *in forma pauperis* [#2] is **DENIED**, and it is further

**ORDERED** that the "Rule 27 Petition for Perpetuation of Evidence [#1] is **DENIED**.

**SO ORDERED**.


　　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　United States District Judge