UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LUCAS

    PETITIONER,

v.

JUDGE ADVOCATE GENERAL, NAVAL
CRIMINAL INVESTIGATIVE SERVICES,

    RESPONDENTS.

MISC. NO. 07 0265(JR)

RECEIVED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO AMENDMENT OF JUDGEMENT PURSUANT TO
RULE 59

Comes Now David Lucas, petitioner in the above styled action, and files with this court his Motion for Amendment of Judgement of the order filed by this court on 4September2007. The petitioner states the following in support thereof:

The petitioner filed a Request for the Perpetuation of Evidence under Rule 27 of the Federal Rules of Civil Procedures. On of the required or five specific criteria set forth in the rule is for the petitioner to "show" that :

> "the petitioner expects to be a party to an action cognizable in a court of the United States but is presently unable to bring it or cause it to be brought, ..." See Rule 27(1)1,F.R.Civ.p.

In Devin Hardin Warfield v Ray Mosby, et al., 2006 U.S.Dist.Ct. Lexis 45602 (W.D. Miss.,17May2006), the court, in quoting In re Landry Bell,232 F.R.D.266 (W.D. La.2005) held:

> "Expounding upon these requirements, court have held the petitioner must satify three(3) basic elements before her petition may be granted. First, the petitioner MUST SET FORTH an explanation of what the sought testimony would demonstrate. See In the matter of Allegretti, 229 F.R.D. 93,96(S.D. N.Y. 2005). Second, IT MUST ESTABLISH THAT THE PETITIONER,"IN GOOD FAITH", EXPECTS TO BRING AN ACTION COGNIZABLE IN FEDERAL COURT, But is presently unable to bring it. id. Lastly, the petitioner Must make an "Objective showing that without rule 27 hearing, known testimony would otherwise be lost, concealed, or destroyed." id.

The question for this court is whether I have satisfied the three(3) basic elements before this petition can be denid or Granted?

## EXPLANATION OF THE SOUGHT TESTIMONY

In this petiton, I as specifically stated that I expect the DNA Test conducted at the request of the Navy in 1989 to show that I am "Actual Innocent" or more precisely to show that I was excluded as a possible source of the semen stains present in the Rape Kit. This is Known evidence in existence.

## ~~INABILITY TO BRING ACTION~~

This is evidence that was known to the prosecution prior to trial but never revealed prior to trial. This evidence wasn't brought to light until the prosecutions expert witness took the stand and stated that a DNA test was ordered to be done on the Rape Kit. The defendant and his Attorneys were not aware of this until that point. This evidence wasn't used at the Trial, nor turned over to the defendant after trial. The prosecutions failure to not disclose this evidence was a Brady voilation and a violation of the Due Process rights of the defendants. This explanation goes far beyond the requirements of Rule 27.

## INABILITY TO BRING ACTION

According to the Courts rulings, the petitioner must establish that the petitioner, "in good faith", expects to bring an action cognizable in Federal Court, but is presently unable to bring it. id. The petitioner stated that he expects to be a party to a Court action under Tile 10, USCS § 869 et seq. or the UCMJ (exhausting his intra military remedies) but is unable to bring it at this time due to the lack of the Key evidence( the DNA test Results of 1989). This court, in it memorandum opinion, states that "he shows neither that he is unable to bring his claim before the military courts without them nor that there is an imminent risk of their loss." Rule 27 does not require a petitioner to show that he cannot raise an action without the perpetuated evidence. Rule 27 only requires that the petitioner expects to

bring an action cognizable in Federal Court, but is presently unable to bring it. The question for this Court should have been Can the petitioner bring a cognizable action in the Military courts under the U.C.M.J.? This petitioner has stated that he plans on raising a claim of Actual Innocent based on the DNA test excluding him that the prosecution did not use at his trial. Now, to answer this courts question, how can a petitioner raise his claim without the DNA test results? This is the instrument that makes Actual Innocence viable. Without the DNA test, raising a claim of innocence without evidence not used at trial is frivolous and a waste of time. This claim of innocence cannot be raised without the DNA test result from 1989. The second part of this courts opinion states that the petitoioner shows neither ..., that there is imminent risk of loss.

The petitioner has showed that two labs associated with this DNA test no longer has copies of this test. The Lab that performed the test no longer has the files due to it being bought and sold through the years. What is t the retention schedule for the U.S. Navy? How do I know the Navy and it's Agencies still have copies of the test results. They can loss it just like the laboratories has. It's been 18 years since this test were done. How much longer must I wait to receive the test results I should have recieved in 1989. How much longer must I live with these convictions that I am innocent of? The victim cleared me in 1989. All I need now is the DNA to corrobarate that.

This court is requiring more than what rule 27 requires. The petitioner ask this Court to Rule on this petition according to Rule 27. Deny or Grant it based on the petitoner meeting or failing to meet rule 27(a)8s five(5) specific criteria. That's what the Law requires.

For the above reasons, and as recognized by the court in Landry Bell, the purpose of rule 27 is to allow an anticipated litigant the opportunity to secure or perpetuate evidence so that it will be available to that litigant when the action is eventually filed. That's all I ask for.

Signature: _David Lucas_  Dated: 17 Sept 2007

## CERTIFICATE OF MAILING

This is to certify that the petitioner has mailed his rule 59 motion upon the Clerk of the Court in the District of Columbia's United States District Court when handed to the Prison Authorities at W.E. Donaldson Correctional Facility for mailing on this the 17th day of September, 2007 for that very purpose.

Signature: _David Lucas_