**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID LUCAS, | : |
| Plaintiff, | : |
| v. | : Misc. Action No. 07-0265 (JR) |
| JUDGE ADVOCATE GENERAL, | : |
| Defendant. | : |

**ORDER**

Petitioner's motion for amendment of judgment [#5] presents no new facts or argument and is denied for the reasons stated in the memorandum issued 9/4/07 [#3]. It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge