UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LUCAS,                )
                            )
        Plaintiff,           )
                            )   Misc. Action No. 07-0265 (JR)
   v.                        )
                            )
JUDGE ADVOCATE GENERAL,      )
                            )
        Defendant.           )

**RECEIVED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PETITIONERS NOTICE OF APPEAL

Comes Now David Lucas, Petitioner in the above style action, files with this court his Notice of Appeal of this courts orders denying his Petition for Rule 27 Perpetuation of Evidence on 9/4/07 and his motion for Amendment of Judgment on 10/02/07.

The petitoner ask this court to forward him the appropriate forms and prepare the record on Appeal. Wherefore the above premises considered, the petitioner ask the Court to file and accept this Notice of appeal.

Signature: _David Lucas_      Dated: 10 Oct 2007

### certificate of mailing

This to certifiy that the petitioner filed this Motion when handed to the Prison Authorities for mailing on this the 10th day of October, 2007 for mailing.

Signature: _David Lucas_