# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 07-5357**

**September Term, 2007**

07ms00265

**Filed On:**

David Lucas,
      Appellant

    v.

Judge Advocate General, Naval Criminal Investigative
Services,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JAN X 7 2008

CLERK

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Linda Jones
Deputy Clerk

*10888860*

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

USCA NO.  07-5357

---

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

---

I, David Lucas, # Reg. 187728, hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Clerk, U.S. District Court an initial payment of 20% of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 per cent of each month's income.  Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $255.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

consent.ifp 4/1/99

United States Court of Appeals
*FOR THE DISTRICT OF COLUMBIA CIRCUIT*

_____

## PRISONER TRUST ACCOUNT REPORT

Name: David Lucas, Registration #: 187728

_____

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit
**RE:** No. 07-5357

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the Trust Officer of each institution in which the prisoner was confined during the preceding six months, a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal.  28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of December 26, 2007.

**DATE OF FILING NOTICE OF APPEAL:**      October 15, 2007

**Balance at time of filing of notice of appeal:**      _$0.37 (end)_

**AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:**      _____

**AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:**      _____

I certify under penalty of perjury that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: *4 Dec 07*

AUTHORIZED SIGNATURE: *Ebony Coleman*

TITLE: *Account Clerk*

trustact.ifp 4/1/99

*Here 4, December 2007*
*Capital Bettie Sherried*

MY COMMISSION EXPIRES NOVEMBER 2, 2011

**COPY FOR COURT
ATTACHED**

United States Court of Appeals
*For The District of Columbia Circuit*

---

**PRISON LITIGATION REFORM ACT**

Pursuant to the Prison Litigation Reform Act, new requirements have been placed on prisoners proceeding pro se when filing appeals in Federal courts.  The most significant restrictions relate to filing *in forma pauperis* and filing successive claims.

PROCEEDING *IN FORMA PAUPERIS*

The amendment to 28 U.S.C. § 1915 now requires a prisoner to pay the appropriate filing fee ($250 for a petition for review from an agency decision or an original action or $255 for an appeal from the district court) when filing an appeal *in forma pauperis (IFP)*. If, however, insufficient funds exist in your prison account, the court must assess and, when funds exist, collect a partial filing fee of 20% of the greater of:

(1)    the average monthly deposits to your prison account; or
(2)    the average monthly balance in your prison account for the six-month period preceding the filing of the notice of appeal.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income.  The agency having custody of your account is required to forward payments from your account to the clerk of the court each time the amount in your account exceeds $10.00 until the filing fees are paid.

If you are attempting to proceed *in forma pauperis,* you <u>must</u> submit a certified copy of the trust fund account statement for the six-month period preceding the filing of the notice of appeal and the consent to collection of fees form, along with the completed *in forma pauperis* application.

As a result of the change to 28 U.S.C. § 1915, you may be required to pay the appropriate filing fee ($250 for a petition for review from an agency decision or an original action or $255 for an appeal from the district court) in full, even if the complaint is dismissed prior to the collection of the entire filing fee.

SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or failed to state a claim upon which relief may be granted."  28 U.S.C. § 1915(g).

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 180728      NAME: LUCAS, DAVID L.                    AS OF: 12/04/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC | 27 | $11.80 | $42.00 |
| JAN | 31 | $7.10 | $0.00 |
| FEB | 28 | $0.56 | $0.03 |
| MAR | 31 | $23.91 | $62.17 |
| APR | 30 | $18.67 | $0.00 |
| MAY | 31 | $0.42 | $0.00 |
| JUN | 30 | $0.15 | $0.00 |
| JUL | 31 | $0.62 | $18.00 |
| AUG | 31 | $2.15 | $0.00 |
| SEP | 30 | $7.59 | $36.63 |
| OCT | 31 | $0.37 | $0.00 |
| NOV | 30 | $0.37 | $0.00 |
| DEC | 4 | $0.37 | $0.00 |

COURT COPY

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THE PETITIONER, DAVID LUCAS, HAS MAILED

TO THE CLERK OF THE COURT FOR THE U.S.COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA HIS MOTION FOR LEAVE TO PROCEED ON APPEAL

IN FORMA PAUPERIS WHEN HANDED TO THE PRISON AUTHORITY AT W.E.

DONALDSON C.F. ON THIS THE _____ DAY OF DECEMBER, 2007 FOR MAILING.


SIGNATURE: _____

                    DAVID LUCAS
                    180728b39
                    100 WARRIOR LANE
                    BESSEMER, ALABAMA 35023